IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

JEONG SOON KIM

    Plaintiff,

v.                                          Civil Action No.: 1:21-CV-01556-JMC

COSTCO WHOLESALE CORPORATION

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all of Plaintiff's claims against Defendant Costco Wholesale Corporation asserted in the above-styled action are hereby dismissed with prejudice, with each party to bear its own costs, attorney's fees, and expenses of litigation.

The Court shall retain jurisdiction for the purpose of enforcing settlement, if necessary.

| | |
|---|---|
| /s/ J. Matthew Haynes, Jr._____ | /s/ John D. Shin_____  _____ |
| J. Matthew Haynes, Jr., Esquire | John D. Shin, Esquire |
| Maryland Federal Bar No.: 028503 | CPF ID No. 9306230323 |
| MCCANDLISH HOLTON, PC | Shin Legal, LLC |
| 1111 East Main Street, Suite 2100 | 10440 Little Patuxent Pkwy, Ste 300 |
| P.O. Box 796 | Columbia, Maryland 21044 |
| Richmond, VA  23218 | Telephone: (410) 740-5649 |
| (804) 775-3100 Telephone | Facsimile: (410) 740-5643 |
| (804) 775-3800 Facsimile | john@shinlegal.com |
| mhaynes@lawmh.com | Counsel for the Plaintiff |
| Counsel for Costco Wholesale Corporation | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

John D. Shin, Esquire
CPF ID No. 9306230323
Shin Legal, LLC
10440 Little Patuxent Pkwy, Ste 300
Columbia, Maryland 21044
Telephone: (410) 740-5649
Facsimile: (410) 740-5643
john@shinlegal.com
Counsel for the Plaintiff

<u>/s/ J. Matthew Haynes, Jr., Esquire</u>
J. Matthew Haynes, Jr., Esquire
Maryland Federal Bar No.: 028503
MCCANDLISH HOLTON, PC
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
Counsel for Costco Wholesale Corporation